\*\*E-Filed 7/19/2010\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WEN CHEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC HOLDER, Attorney General of the United States,<br><br>　　　　　　Defendant. | Case Number C 10-00291 JF (PVT)<br><br>**JUDGMENT**[1] |

Defendant's motion for summary judgment was heard on June 11, 2010. The evidence and arguments having been considered and a decision having been rendered,

IT IS ORDERED AND ADJUDGED that judgment be entered for Defendant and against Plaintiff.

**IT IS SO ORDERED.**

DATED: 7/19/2010

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication.

Case Number C 10-00291 JF (PVT)
JUDGMENT
(JFLC1)